QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Zeller (Bar No. 196417)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXCITE LTD., a Hong Kong business entity, and EXCITE USA, LP, Texas business entity, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 2:15-cv-10021<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Pursuant to a settlement between the parties, Plaintiff Mattel, Inc. ("Mattel") hereby voluntarily dismisses this matter without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:    April 15, 2016

Respectfully submitted,

*/s/ Michael T. Zeller*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Michael T. Zeller
Attorneys for Plaintiff
Mattel, Inc